IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-mj-01053-MEH-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD DALE SMITH,

    Defendant.

_____

**ORDER**
_____

The Court, having considered the Defendant Donald Smith's Unopposed Motion to Vacate Trial Date and Schedule Status Conference (Document #15), within which Mr. Smith moves for an ends of justice exclusion of time from speedy trial calculations, hereby grants the motion.

Mr. Smith has addressed the factors articulated in *United States v. West,* 828 F.2d 1468, 1469-70 (10th Cir. 1987) concerning the adequacy of the record in an ends of justice finding. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial and warrant the exclusion of time beginning June 2, 2015 through and including September 3, 2015 from the speedy trial calculation as provided in 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 3rd day of June, 2015, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge